# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **KEIANDRA L. TURNER and** ) | |
| **VALENZIA TURNER, et al.** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **2:18-cv-00779-ALB-SRW** |
| ) | |
| **OFFICE DEPOT, INC.,** ) | |
| ) | |
| **Defendant(s).** ) | |

## JOINT NOTICE OF CASE RESOLUTION

COME NOW the Defendant Office Depot, Inc. and Plaintiffs Keiandra L. Turner and Valenzia Turner., by and through their undersigned counsel of record respectively, and notify this Honorable Court that the Parties have reached an agreement which resolves all claims and causes of action asserted in this action.   The Parties are in the process of finalizing their agreement and executing all necessary documentation to memorialize the agreement and will file a Joint Stipulation of Dismissal, accordingly.

Respectfully this this 8th day of June, 2020.

/s/ Angel A. Darmer
GLENN E. IRELAND (ASB-4158-E51G)
ANGEL A. DARMER (ASB-6785-E49D)
Attorneys for Defendant

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
Email:   cireland@carrallison.com
             adarmer@carrallison.com

/s/ Taylor C. Bartlett
TAYLOR C. BARTLETT (ASB-2365-A51B)
Attorney for Plaintiffs

**OF COUNSEL:**

**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email:   taylor@hgdlawfirm.com

2