IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEIANDRA L. TURNER and<br>VALENZIA TURNER, *et al.*,<br><br>       Plaintiff,<br><br>       v.<br><br>OFFICE DEPOT, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)    CIVIL CASE NO. 2:18-cv-779-ECM<br>)<br>)<br>)<br>) |

**O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 65) filed on June 8, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 16th day of July, 2020.

_____ /s/ Emily C. Marks _____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE